# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-22-00436-CV

### In re Heather Ford

---

### ORIGINAL PROCEEDING FROM BELL COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

Relator's emergency motion for temporary stay is also denied.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Filed:  August 12, 2022